Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Sergio Marquez )
) Case No: 4:17-cv-00555
Plaintiff(s), )
)
v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
Bank of America, National Association ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
Defendant(s). )
)

I, Andrew James Fulwider, an active member in good standing of the bar of
Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Bank of America, National Association in the
above-entitled action. My local co-counsel in this case is Michael D. Mandel, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 800 East Canal Street<br>Richmond, Virginia 23219 | 1800 Century Park East<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(804) 775-7496 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 315-8200 |
| MY EMAIL ADDRESS OF RECORD:<br>afulwider@mcguirewoods.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mmandel@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 83905.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/23/17

_____
Andrew James Fulwider
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew James Fulwider is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 3/28/2017

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

**AT RICHMOND**

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

## Andrew James Fulwider

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2012.

I further certify that so far as the records of this office are concerned, Andrew James Fulwider is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 16th day of March

A.D. 2017

By: _____

*Deputy Clerk*