1  ROD M. FLIEGEL, Bar No. 168289
   ALLEN P. LOHSE, Bar No. 236018
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA  94104
   Telephone: (415) 433-1940
4  Email:  rfliegel@littler.com
           alohse@littler.com
5
   Attorneys for Defendant
6  BUSINESS INFORMATION GROUP, INC.

7  PATRICK N. KEEGAN (SBN 167698)
   KEEGAN & BAKER, LLP
8  6156 Innovation Way
   Carlsbad, CA 92009
9  Telephone: (760) 929-9303
   Email: pkeegan@keeganbaker.com
10
   Attorneys for Plaintiff
11 SERGIO MARQUEZ

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17 SERGIO MARQUEZ, an individual, on          CASE NO.  4:17-CV-00555 CW
   behalf of himself and all others similarly
18 situated,                                  **STIPULATION OF DISMISSAL WITH**
                                              **PREJUDICE (MARQUEZ) AND WITHOUT**
19             Plaintiff,                     **PREJUDICE (PUTATIVE CLASS)**

20      vs.

21 BANK OF AMERICA, NATIONAL
   ASSOCIATION, a national association;
22 BUSINESS INFORMATION GROUP,
   INC., a corporation; TALX
23 CORPORATION dba EQUIFAX
   WORKFORCES SOLUTIONS, a
24 corporation,

25             Defendants.

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

CASE NO.  4:17-CV-00555 CW

1          Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in

2   accordance with the terms of the Settlement Agreement and General Release of All Claims between

3   Plaintiff SERGIO MARQUEZ ("Plaintiff") and Defendants BUSINESS INFORMATION GROUP,

4   INC. ("BIG"), Plaintiff and BIG, through undersigned counsel, stipulate and agree (1) to the

5   dismissal _with prejudice_ of all claims by Plaintiff against BIG only, and (2) to the dismissal _without_

6   _prejudice_ of all claims asserted by the putative class against BIG only.  Each party to this stipulation

7   shall bear his/its own costs, including attorneys' fees.

8

9   DATED:  April 10, 2018

10                                            _/s/Rod M. Fliegel_
                                          ROD M. FLIEGEL
                                          ALLEN P. LOHSE

11                                            LITTLER MENDELSON, P.C.

12                                            Attorneys for Defendant
                                          BUSINESS INFORMATION GROUP, INC.

13

14  DATED:  April 10, 2018

15                                            _/s/Patrick N. Keegan_
                                          PATRICK N. KEEGAN

16                                            JAMES M. TREGLIO

17                                            KEEGAN & BAKER, LLP

18                                            Attorneys for Plaintiff
                                          SERGIO MARQUEZ

19

20                                  **FILER'S ATTESTATION**

21         Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed,

22  and on whose behalf the filing is submitted, concur in the filing's content and have authorized the

23  filing.

24

25                                            _/s/ Rod M. Fliegel_
                                          Rod M. Fliegel

26                                            LITTLER MENDELSON, P.C.

Firmwide:153517965.1 062957.1012

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

1

CASE NO.  4:17-CV-00555 CW