Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
6156 Innovation Way
Carlsbad, CA 92009
Tel:   (760) 929-9303
Fax:   (760) 929-9260

Attorney for Plaintiff
SERGIO MARQUEZ

Zachary A. McEntyre (*pro hac vice*)
zmcentyre@kslaw.com
Meryl W. Roper (*pro hac vice*)
mroper@kslaw.com
Allison Hill White (*pro hac vice*)
awhite@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel:   (404) 572-4600
Fax:   (404) 572-5100

Attorneys for Defendant
TALX CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SERGIO MARQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national association; BUSINESS INFORMATION GROUP, INC., a corporation; TALX CORPORATION dba EQUIFAX WORKFORCES SOLUTIONS, a corporation,<br><br>            Defendants. | CASE NO.  4:17-CV-00555 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (MARQUEZ) AND WITHOUT PREJUDICE (PUTATIVE CLASS)** |

1

Pursuant to rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure, and in accordance with the terms of the Settlement Agreement and Release of claims between Plaintiff Sergio Marquez ("Plaintiff") and Defendant TALX Corporation d/b/a Equifax Workforces Solutions ("TALX"), Plaintiff and TALX, through undersigned counsel, stipulate and agree (1) to the dismissal *with prejudice* of all claims by Plaintiff against TALX only, and (2) the dismissal *without prejudice* of all claims asserted by the putative class against TALX only.  Each party to this stipulation shall bear his/its own costs, including attorneys' fees.

DATED:  April 25, 2018

/s/Meryl W. Roper
Meryl W. Roper, Esq.
KING & SPALDING LLP

Attorney for Defendant
TALX CORPORATION

DATED:  April 25, 2018

/s/Patrick N. Keegan
PATRICK N. KEEGAN
JAMES M. TREGLIO
KEEGAN & BAKER, LLP

Attorneys for Plaintiff
SERGIO MARQUEZ

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Patrick N. Keegan*
Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on April 25, 2018, a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE (MARQUEZ) AND WITHOUT PREJUDICE (PUTATIVE CLASS)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

                                                             s/ *Patrick N. Keegan*
                                                             Patrick N. Keegan, Esq.
                                                             pkeegan@keeganbaker.com

STIPULATION AND ORDER
CASE NO. 4:17-CV-00555 CW