**KEEGAN & BAKER, LLP**
Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
James M. Treglio, Esq. (SBN 228077)
jtreglio@keeganbaker.com
6156 Innovation Way
Carlsbad, CA 92009
Tel:     (760) 929-9303
Fax:    (760) 929-9260

Attorneys for Plaintiff SERGIO MARQUEZ

**MCGUIREWOODS LLP**
Sylvia J. Kim, Esq. (SBN 258363)
skim@mcguirewoods.com
Two Embarcadero Center, Suite 1300
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

Attorneys for Defendant BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| SERGIO MARQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | CASE NO. 4:17-cv-00555-CW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sergio Marquez and Defendant Bank of America, N.A. ("BANA") stipulate that Marquez's claims against BANA have been resolved and shall be dismissed WITH PREJUDICE. Each party to this stipulation shall bear his/its own costs, including attorneys' fees.

///

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

SO STIPULATED AND AGREED.

DATED:  September 18, 2018                **KEEGAN & BAKER, LLP**


By:  /s/ Patrick Keegan, Esq.
         Patrick Keegan, Esq.

Attorneys for Plaintiff
SERGIO MARQUEZ


DATED:  September 18, 2018                **McGuireWoods LLP**


By:         /s/ Sylvia J. Kim, Esq.
             Sylvia J. Kim, Esq.

Attorneys for Defendant
BANK OF AMERICA, N.A.


FILER'S ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), regarding signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 19, 2018, at San Francisco, CA.


/s/ Sylvia J. Kim
Sylvia J. Kim