**KEEGAN & BAKER, LLP**
Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
James M. Treglio, Esq. (SBN 228077)
jtreglio@keeganbaker.com
6156 Innovation Way
Carlsbad, CA 92009
Tel:    (760) 929-9303
Fax:    (760) 929-9260

Attorneys for Plaintiff SERGIO MARQUEZ

**MCGUIREWOODS LLP**
Sylvia J. Kim, Esq. (SBN 258363)
skim@mcguirewoods.com
Two Embarcadero Center, Suite 1300
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

Attorneys for Defendant BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| SERGIO MARQUEZ, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>Defendants. | CASE NO. 4:17-cv-00555-CW<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sergio Marquez's claims against Defendant Bank of America, N.A. are hereby dismissed WITH PREJUDICE. Each

///

///

///

---

1  party to this stipulation shall bear his/its own costs, including attorneys' fees.

2  IT IS SO ORDERED.

4  DATED: _____September 21_____, 2018

By: _____
CLAUDIA WILKEN
Senior United States District Court Judge

*IT IS SO ORDERED*
*Judge Claudia Wilken*